UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Daniel Romanowski,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Wells Fargo Bank, N.A. d/b/a Wells Fargo Home Mortgage,<br><br>　　　　　　Defendant. | Civil Action No.: 3:17-cv-2614 |

**CERTIFICATE OF INTERESTED PARTIES**

　　NOW COMES Jenny DeFrancisco and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

　　　　　　　　　　　　　　Daniel Romanowski, Plaintiff
　　　　　　　　　　　　　　Irving, TX

　　　　　　　　　　　　　　Jenny DeFrancisco, Esq.

　　　　　　　　　　　　　　CT Bar # 432383
　　　　　　　　　　　　　　LEMBERG LAW, L.L.C.
　　　　　　　　　　　　　　43 Danbury Road, 3rd Floor
　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　E-mail: jdefrancisco@lemberglaw.com
　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: September 25, 2017

        Respectfully submitted,

        By */s/ Jenny DeFrancisco*

        Jenny DeFrancisco, Esq.
        CT Bar # 432383
        LEMBERG LAW, L.L.C.
        43 Danbury Road, 3rd Floor
        Wilton, CT 06897
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424
        E-mail: jdefrancisco@lemberglaw.com
        Attorneys for Plaintiff