IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CIVIL ACTION NO. 3:17-cv-02614-N

ROMANOWSKI
VS.
WELLS FARGO BANK NA

RETURN

Received on 10/3/2017:

    Summons in a Civil Action
    Complaint (w/ Jury Demand)
    Consent to Proceed Before a United States Magistrate Judge
    Certificate of Interested Parties

Executed by me on: 10/3/2017, at  1:55  o'clock P.M.

Executed at 211 E. 7th St., Ste. 620, Austin, TX 78701, within the county of Travis, by delivering to WELLS FARGO BANK NA, by delivering to its registered agent, CORPORATION SERVICE COMPANY, by delivering to its managing agent, SUE VERTREES, in person, a true copy of the above-specified civil process.

I am over the age of 18; and I am not a party to nor interested in the outcome of the above styled and numbered suit.

                                                Print Name: JERRY MELBER
                                                5926 Balcones Dr., #290, Austin, TX 78731

**STATE OF TEXAS }**

AFFIDAVIT

Sworn to before me by Jerry Melber known by me personally, this 3rd day of October 2017.

                                                NOTARY PUBLIC

DANA L. MCMICHAEL
Notary Public, State of Texas
Comm. Expires 04-23-2020
Notary ID 4733578