**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

DANIEL ROMANOWSKI,

    Plaintiff,

vs.                                                 CASE NO. 3:17-cv-02614-N

WELLS FARGO BANK, N.A. d/b/a
WELLS FARGO HOME MORTGAGE,

    Defendant.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**

Defendant Wells Fargo Bank, N.A. d/b/a Wells Fargo Home Mortgage ("Wells Fargo"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.4, hereby submits the following Certificate of Interested Persons and states that the following persons, entities and firms may have a financial interest in the outcome of this litigation:

1.     Daniel Romanowski , Plaintiff.

2.     Wells Fargo Bank, N.A. d/b/a Wells Fargo Home Mortgage, Defendant, is a national banking association pursuant to federal law, and is a wholly owned subsidiary of Wells Fargo & Company. Wells Fargo & Company is a publicly traded bank holding company. Berkshire Hathaway Inc., is a publicly held corporation that owns 10% or more of the stock of Wells Fargo Bank, N.A.'s parent company, Wells Fargo & Company.

        Respectfully submitted,

        /s/ Matthew H. Davis
        B. David L. Foster
        State Bar No. 24031555
        LOCKE LORD LLP
        600 Congress Avenue, Suite 2200
        Austin, Texas 78701
        (512) 305-4700 (Telephone)
        (512) 305-4800 (Facsimile)
        dfoster@lockelord.com

        Robert T. Mowrey
        State Bar No. 14607500
        Matthew H. Davis
        State Bar No. 24069580
        LOCKE LORD LLP
        2200 Ross Avenue, Suite 2800
        Dallas, TX 75201
        (214) 740-8000 (Telephone)
        (214) 740-8800 (Facsimile)
        rmowrey@lockelord.com
        mdavis@lockelord.com

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this the 25th day of October 2017, on the following via CM/ECF:

Jenny Diane DeFrancisco
LEMBERG LAW, LLC
43 Danbury Road, 3RD Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
jdefrancisco@lemberglaw.com
*Attorneys for Plaintiff*

        */s/ Matthew H. Davis*
        Matthew H. Davis