UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Daniel Romanowski, | : |
| Plaintiff, | : Civil Action No.: 3:17-cv-02614-N |
| v. | : |
| Wells Fargo Bank, N.A. d/b/a Wells Fargo Home Mortgage, | : |
| Defendant. | : |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

Pursuant to the Motion to Withdraw as Counsel and for good cause shown, it is hereby ORDERED that the Motion is granted and Jenny DeFrancisco's representation of Plaintiff in this case is terminated.

Warren V. Norred will continue to represent Daniel Romanowski in all further matters in this case.

SIGNED December 15, 2017.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE