# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | | |
|---|---|---|
| **DANIEL ROMANOWSKI** | § | |
|     **Petitioner,** | § | |
| **v.** | § | **3:17-CV-02614-N** |
| | § | |
| **WELLS FARGO, N.A.,** | § | |
| **Registrant.** | § | |

## ORDER ON
## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Pursuant to the Motion to Withdraw as Counsel and for good cause shown, it is hereby ORDERED that the Motion is granted; the representation of Warren V. Norred and the firm of Norred Law, PLLC is terminated.

Dated: _____

_____
JUDGE PRESIDING